ACCEPTED
01-14-00476-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 10:10:49 AM
CHRISTOPHER PRINI
CLERK

## NO. 01-14-00476-CR

### Cause No. 72075

| | | |
|---|---|---|
| MICHAEL PAUL PARKINSON | § | IN THE FIRST COURT OF APPEALS |
| v. | § | |
| THE STATE OF TEXAS | § | HARRIS COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 10:10:49 AM
CHRISTOPHER A. PRINE
Clerk

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Michael Paul Parkinson, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 239th Judicial District Court of Brazoria County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. Michael Paul Parkinson, and numbered 72075.

3.    Appellant was convicted of Aggravated Sexual Assault

4.    Appellant was assessed a sentence of 45 years TDC on June 5, 2014.

5.    Notice of appeal was given on June 5, 2014.

6.    The clerk's record was filed on September 22, 2014; the reporter's record was filed on December 10, 2014.

7.    The appellate brief is presently due on April 9, 2015.

8.    Appellant requests an extension of time of 60 days from the present date, i.e. June 9, 2015.

9.    Defendant is currently incarcerated.

10.    Appellant relies on the following facts as good cause for the requested extension:

**Appellant's attorney has a family emergency in Baltimore, Maryland and has to leave for Baltimore on March 20, 2015.**

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Faye Gordon, PLLC
201 E. Myrtle, Ste. 126
Angleton, Texas 77515
Tel: 979.849.3330
Fax: 832.665.2082
State Bar No. 08197500
Email: faye@fayegordonlaw.net
Attorney for Michael Paul Parkinson

## CERTIFICATE OF SERVICE

This is to certify that on March 19, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, 111 E. Locust, Angleton, Texas 77515, by facsimile 979.864.1525.

Faye Gordon, PLLC

2

STATE OF TEXAS §

§

**COUNTY OF BRAZORIA** §

**AFFIDAVIT**

**BEFORE ME**, the undersigned authority, on this day personally appeared Faye Gordon who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____

Faye Gordon, PLLC
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 19, 2015, to certify which witness my hand and seal of office.

_____

Notary Public, State of Texas

JOSEPHINE SCOTT
MY COMMISSION EXPIRES
November 20, 2017

3